**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Case No.: _____    Adv. No.: _____

The pre-trial conference in this matter has been scheduled for:

Date: _____    Time: _____

Courtroom: _____

Address: _____
_____

> **PLAINTIFF SHALL SERVE ALL PARTIES WITH A COPY OF THESE INSTRUCTIONS AND THE JOINT PROPOSED ORDER SCHEDULING PRE-TRIAL PROCEEDINGS AND TRIAL WHEN SERVING THE SUMMONS AND COMPLAINT.**

All parties are directed to exchange initial discovery under Fed. R. Civ. Proc. 26(a) within 10 days of the date the answer is filed.

Parties are to submit a Joint Proposed Scheduling Order in the attached form[1], establishing a discovery schedule, an estimated length of trial and an anticipated date for trial readiness.[2] If the parties agree to pursue mediation to resolve disputed matters, a separate mediation order selecting a mediator and providing for a mediation schedule shall be submitted within ten (10) days of the submission of the scheduling order. The court will fix a trial date and enter the scheduling order **without the necessity of an appearance**.

If the Joint Proposed Scheduling Order is not filed, each party must file a pre-trial memorandum with the court and serve a copy on every party 10 days prior to the scheduled pre-trial date. The pre-trial memorandum must include the following numbered items:

1. A concise statement of the nature of the action, including the statutory basis for the relief sought.
2. A report on the status of discovery conducted to date and a description of the type and extent of the discovery anticipated.
3. A list of the factual issues to be determined at trial.
4. A list of the legal issues to be determined at trial.
5. An itemized statement of damages sought.
6. A statement why a Joint proposed Scheduling order was not submitted.
7. An estimated date for trial readiness.
8. An estimated length for trial.
9. A witness list.
10. Any other information of which the court should be aware prior to scheduling the matter for trial.

> **Pre-trial Conferences, if necessary, are conducted in the courtroom, on the record, and are not conducted by telephone. Failure to appear will result in pleadings being stricken.**

**FAILURE TO TIMELY FILE THE DOCUMENTS REQUIRED BY THE JOINT PROPOSED SCHEDULING ORDER WILL RESULT IN PLEADINGS BEING STRICKEN OF THE IMPOSITION OF MONETARY SANCTIONS WITHOUT FURTHER NOTICE.**

---

[1] For those parties filing electronically, the Joint Proposed Order Scheduling Pre-trial Proceedings and Trial may be found on the court's web site: www.njb.uscourts.gov.

[2] You may consult the court's web site for a list of available trial dates.