**Law Office of Shmuel Klein, PC**
**113 Cedarhill Ave.**
**Mahwah, NJ 07430**
**(201) 529-3411**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

                                                x

**In Re:**
**Angelica Santana**                             **Bankruptcy Case # 09-27767**
                                                x
**Angelica Santana**
     **Plaintiff,**
      Vs                                     **Adversary Case No. 09-2737**
**National City Mortgage**
     **Defendant.**
                                                x

## **CERTIFICATE OF SERVICE**

   I, George Constable, affirm under the penalties of perjury that I am not a party to this action and that I am over the age of 18 years old. I am associated with the Law Office of Shmuel Klein located at 113 Cedarhill Ave. Mahwah, NJ 07430 and I served the within a Summons and Complaint of Plaintiff on November 4, 2009, by depositing a true copy thereof in an post-paid wrapper, placing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New Jersey, to:

National City Mortgage
3232 Newmark Drive
Miamisburg, Ohio 45342

                                                        /s/   George Constable
                                                        George Constable